IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Francis Akinm,
P.O. Box 23510,
Baltimore, MD 21203,
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Sears et. al,
East Point Mall,
7885 Eastern Blvd,
Baltimore, MD 21224.

*(Full name and address of the defendant(s))*
**Defendant(s)**

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUN -1 P 3:42

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Civil No.: **WMN 10 CV 1453**
*(Leave blank. To be filled in by Court.)*

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 12/2000)                                            1

2. The facts of this case are:

Since 2007 I have applied for defendant credit card up fifty times both in State of California and State of Maryland in all this defendant deny me of their credit card and line of credit and said I did not have a good credit. Their conspirator are opening five on me and prevent me for buying things in credit before they finally kill me.

3. The relief I want the court to order is:

☒ Damages in the amount of: Four Hundred and Ninety seven thousand trillion Dollars

☒ An injunction ordering: the court to order for sear to give me the credit cards and activate it.

☒ Other (explain) the court to punished of the conspirator with sear to life imprison and death penalty.

_____
(original signature of plaintiff)

Professor Francis Akinro

P.O. Box 23510,

Baltimore, MD 21203
(address of plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.